Case 4:24-cv-02948   Document 27   Filed on 07/08/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| BRIAN BULLOCK, <br> TDCJ #02381097 <br><br> Petitioner, <br><br> v. <br><br> BOBBY LUMPKIN, Director <br> Texas Department of Criminal <br> Justice, Correctional <br> Institutions Division, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. <br> 4:24-cv-02948 |

ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE
=====================================================

Pending is Petitioner Brian Bullock's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Document No. 8). Respondent filed an answer (Document No. 16) to the petition. Petitioner Bullock filed a response to the answer and a motion for summary judgment at Document Nos. 17 and 19. The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Petitioner Bullock's petition be dismissed without prejudice for failure to exhaust state remedies, and that his motion for summary judgment be denied (Document No. 22). Petitioner does not object to the dismissal without prejudice for failure to exhaust state remedies (Doc. No. 26).

The Court, after having made a de novo determination of the petition, answer and responses, is of the opinion that the findings

and recommendations of the Magistrate Judge should be and hereby are accepted by the Court.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on May 30, 2025, which is adopted as the opinion of this Court in all respects, that Petitioner Brian Bullock's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Document No. 8) is DISMISSED without prejudice for failure to exhaust state remedies and his motion for summary judgment (Document No. 19) is DENIED. It is further

ORDERED that a certificate of appealability is DENIED for the reasons explained in the Magistrate Judge's Memorandum and Recommendation.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 8TH day of July, 2025.

Ewing Werlein, Jr.
United States District Judge